UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ARTHUR DEPONTE,

Plaintiff,

v.

ALLEN J. DEKGADO, et al.,

Defendants.

No.  2:26-cv-1203 DJC AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the Magistrate Judge filed findings and recommendations herein which recommended that the complaint be dismissed without leave to amend for failure to state a claim.  ECF No. 9.  The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Id. at 4.  Plaintiff has not filed objections to the findings and recommendations and instead filed a first amended complaint.  ECF No. 13.  However, the first amended complaint simply reiterates the claim from the original complaint without curing any of the defects.  Dismissal of the complaint without leave to amend therefore remains appropriate.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 9) are adopted in full;

2.  The complaint is dismissed without leave to amend for failure to state a claim; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2